1  Al Lustgarten, Bar # 189503
   Lustgarten Law
2  30851 Agoura Rd # 114
   Agoura Hills, Ca 91301
   Phone; 818-907-5866   Fax 818-461-5959
3  Attorney for Plaintiff

4              UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
5

6  J&J SPORTS PRODUCTIONS, INC,           )
                                          )
7           Plaintiff,       vs.          )   Case No.: 2:12-CV-09570-WDK-FMO
                                          )
8  JOSE MANUEL GONZALEZ RUVALCABA, et al, )   **RENEWAL OF JUDGMENT  BY CLERK**
                                          )
9           Defendant,                    )
                                          )

 Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

 Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Jose Manuel Gonzalez Rubalcaba, an individual,  aka Jose M. Gonzalez dba Las Vegas Bar 2 entered on January 3, 2014, be and the same is hereby renewed in the amounts as set forth below:

   Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 5,040.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | **$** | **5,040.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | $ | 5,040.00 |
| f. | Interest after judgment (.16%) | $ | 71.10 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| **h.** | Total renewed judgment (add e, f and g) | $ | **5,111.10** |

Dated: October 5, 2023                CLERK, by Deputy  _Sharon Hall Brown_

Renewal of Judgment